**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**GABRIEL HOYLE,**

      **Plaintiff,**

   v.          9:09-CV-831

**S. KING, et al.,**

      **Defendants.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| GABRIEL HOYLE<br>05-A-0588<br>Lakeview Shock Incarceration Correctional Facility<br>P.O. Box T<br>Brocton, New York 14716<br>Plaintiff, *Pro Se* | |
| HON. ANDREW CUOMO<br>Attorney General of the State of New York<br>The Capitol<br>Albany, New York 12224<br>Counsel for Defendants | DOUGLAS J. GOGLIA, ESQ.<br>Assistant Attorney General |

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## ORDER

  The above matter comes to me following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed on the 28th day of October 2010.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

  After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Plaintiff's motion for summary judgment (Dkt. No. 21) is denied. This case is trial ready as of December 30, 2010.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: November 19, 2010
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge